UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE MASON, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN DOE,<br><br>        Defendant. | Case No. 24-cv-04770-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

        Plaintiff Richard Lee Mason Jr. has not responded to the Clerk's Notices to file a complaint and a motion to proceed in forma pauperis (or pay the filing fee), which were sent to him after he failed to submit his complaint and motion through email.  Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

        Because this dismissal is without prejudice, Mason may move to reopen.  Any such motion <u>must</u> (i) have the words MOTION TO REOPEN written on the first page; (ii) contain a complaint on this Court's form; <u>and</u> (iii) contain a complete application to proceed in forma pauperis or full payment for the $402.00 filing fee.

        The Clerk shall enter judgment in favor of defendant, and close the file.

        **IT IS SO ORDERED.**

    **Dated:**  October 15, 2024

                                                       WILLIAM H. ORRICK<br>
                                                       United States District Judge