UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD LEE MASON,

    Plaintiff,

  v.

JOHN DOE,

    Defendant.

Case No. 24-cv-04770-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Richard Lee Mason Jr. has not filed an amended complaint by the deadline, which was extended at his request. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Mason may move to reopen. Any such motion <u>must</u> (i) have the words MOTION TO REOPEN written on the first page; and (ii) contain an amended complaint on this Court's form.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** July 24, 2025

_____
WILLIAM H. ORRICK
United States District Judge